**State of Vermont**
**Superior Court—Environmental Division**

=======================================================================
# E N T R Y   R E G A R D I N G   M O T I O N
=======================================================================

**In re Wood NOV and Permit Applications**                    **Docket No. 138-8-10 Vtec**
**(Appeal from Town of Hartford Zoning Board of Adjustment decision)**

*********************************************************************************

**Town of Hartford v. Wood**                                 **Docket No. 1-1-11 Vtec**
**(Municipal enforcement action)**

Title: Motion in Limine (Filing No. 6)

Filed: May 10, 2011

Filed By: Paul S. Gillies, Attorney for Appellant/Applicant Marc Wood

Response in Opposition filed on 5/19/11 by William F. Ellis, Attorney for Appellee Town of Hartford


___ Granted                    ___ Denied                    _X_ Other


     Before the Court is a motion in limine filed by Mr. Wood challenging the Town of Hartford's use of Michael Penney as an expert witness. We have determined that this issue is best left for resolution at trial and thus reserve the motion for consideration at the upcoming merits hearing scheduled for July 14, 2011.

     During the merits hearing, both parties will have the opportunity to present testimony and evidence on the qualifications of any expert witnesses that either Mr. Wood or the Town of Harford seeks to rely upon. To the extent that Mr. Penney is a professionally licensed engineer, and to the extent that the Town seeks to have Mr. Penney testify as an expert witness within his area of expertise, particularly as to the safety, integrity and conformance of Mr. Wood's retaining wall or walls, we anticipate denying the pending motion in limine.


_____          _____May 20, 2011_____
     Thomas S. Durkin, Judge                                    Date

=======================================================================
Date copies sent to: _____                    Clerk's Initials _____
Copies sent to:
  Paul S. Gillies, Attorney for Appellant/Applicant Marc Wood
  William F. Ellis, Attorney for Appellee Town of Hartford
  Kimberlee Sturtevant, Co-counsel for Appellee